UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARBOR BUSINESS COMPLIANCE CORP., | : |
|           Plaintiff, | : |
| | : |
|       v. | :   No. 5:23-cv-00802 |
| | : |
| FIRSTBASE.IO, INC., | : |
|           Defendant. | : |

# O R D E R

**AND NOW**, this 26th day of April, 2023, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motions to Dismiss, ECF Nos. 18 and 22, are **GRANTED in part and DENIED in part** as follows:

    A. The request to dismiss Counts III, IV, and the first Count V[1] (Common Law Unfair Competition) is **DENIED**.

    B. The request to dismiss the second Count V (Unjust Enrichment) is **GRANTED**.

    C. The second Count V (Unjust Enrichment) is **DISMISSED with prejudice**.

2. **Within fourteen days of the date of this Order**, Defendant shall file an answer to the remaining counts of the Complaint. *See* Fed. R. Civ. P. 12(a)(4)(A).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The Complaint includes two counts labeled "Count V." The first Count V begins on page 47 of the Complaint and is for "Common Law Unfair Competition." The second Count V begins on page 49 of the Complaint and is for "Unjust Enrichment." The Opinion refers to the second Count V as Count VI.