UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARBOR BUSINESS COMPLIANCE CORPORATION** | : |
| | : |
| v. | : |
| | : |
| **FIRSTBASE.IO, INC.** | :   No. 5:23-cv-00802 |

## CIVIL JUDGMENT

AND NOW, this 23rd day of April, 2024, in accordance with the verdict of the jury by interrogatories, IT IS ORDERED that Judgment is entered in favor of Plaintiff, Harbor Business Compliance Corporation and against Defendant, Firstbase.IO, Inc. in the amount of twenty-six million nine hundred and fifteen thousand seven hundred and fourteen dollars ($26,915,714.00).

IT IS FURTHER ORDERED in accordance with the verdict of the jury by interrogatories that Judgment is entered in favor of Plaintiff, Harbor Business Compliance Corporation and against Defendant, Firstbase.IO, Inc. in punitive damages in the amount of one million dollars ($1,000,000.00)

BY THE COURT:

ATTEST: */s/ Justin F. Wood*
*Deputy Clerk to Judge Joseph F. Leeson, Jr.*

Civ 1 (4/21)