IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HARBOR BUSINESS COMPLIANCE CORPORATION, | : |
|---|---|
| Plaintiff, | : Civil Action No. 5:23-cv-00802-JFL |
| v. | : Judge Hon. Joseph F. Leeson, Jr. |
| FIRSTBASE.IO, INC., | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that CHRISTINE E. HANLEY hereby withdraws as attorney of record, *pro hac vice*, for Defendant FIRSTBASE.IO, INC. in this action. Counsel of record for Defendant otherwise remains the same.

Dated: June 25, 2024

Respectfully submitted,

**DILWORTH PAXSON LLP**

By: */s/ Christine E. Hanley*
Christine Hanley, Esq. (*admitted PHV*)
chanley@chanleylaw.com
2041A NW 60th Street
Seattle, WA 98107
Tel.: +1 304-606-3705

By: */s/ James J. Rodgers*
James J. Rodgers (PA Bar # 21635)
jrodgers@dilworthlaw.com
David A Rodkey (PA Bar # 325698)
drodkey@dilworthlaw.com
Matthew T. Gardella (PA Bar # 331833)
mgardella@dilworthlaw.com
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Tel: (215) 575-7000
Fax: (215) 575-7200

*Attorneys for FIRSTBASE.IO, INC.*

1