UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

HARBOR BUSINESS COMPLIANCE CORP.,  :
       Plaintiff,  :
         :
    v.  :   No. 5:23-cv-0802
         :
FIRSTBASE.IO, INC.,  :
       Defendant.  :

_____

# **O R D E R**

**AND NOW**, this 4th day of February, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

    1.    Plaintiff's Omnibus Post-Trial Motions, ECF Nos. 230, 259, are **GRANTED in part and DENIED in part** as follows:

        A.    Plaintiff's request for a permanent injunction is denied.

        B.    Plaintiff's request for exemplary damages is denied.

        C.    Plaintiff's request for attorney's fees is denied.

        D.    Plaintiff's request for pre-judgment interest is granted as to the damages awarded on Count I in the amount of $119,232.60 and on parts of Counts III and IV in the amount of $1,286,315.80, but denied in all other respects. Pre-judgment interest is awarded in the total amount of $1,405,548.40.

        E.    Plaintiff's request for post-judgment interest is granted. Post-judgment interest is granted as to the judgment amount of $27,915,714.00 from April 23, 2024. Additionally, post-judgment interest is granted as to the pre-judgment interest award of $1,405,548.40 from the date of this Opinion.

    2.    To account for pre-judgment interest, judgment is amended and **ENTERED** in the total amount of $29,321,262.40.

    3.    Defendant's Motion for Judgment as a Matter of Law, ECF No. 231, is **DENIED**.

    4.    The case is **CLOSED**.

                                                            BY THE COURT:

                                                           */s/ Joseph F. Leeson, Jr.*_____
                                                           JOSEPH F. LEESON, JR.
                                                          United States District Judge